**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BRYAN BALDWIN                                                    PLAINTIFF

V.                          CASE NO. 2:18-CV-73-DPM-BD

JEREMY ANDREWS, *et al*.                                         DEFENDANTS

## RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections:

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. Mr. Baldwin may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Baldwin may waive the right to appeal questions of fact.

### II.   Discussion:

Plaintiff Bryan Baldwin, who is detained in the Cross County Detention Center, filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mr. Baldwin's complaint could not move forward because, among other problems, the complaint included fifteen unrelated claims and because some of the claims apparently arose from the same incident as claims made in another lawsuit he filed on the same day that he filed this lawsuit (*Baldwin v. Smith, et al*., 2:18-CV-72-JM-JJV). (#2)

Mr. Baldwin was ordered to file an amended complaint to cure the deficiencies within thirty days of May 21, 2018. (#4) Subsequently, Mr. Baldwin's mail was returned as undeliverable on June 12, 2018. (#5) Mr. Baldwin was given thirty days to notify the Court of his new address. (#6)

On July 5, 2018, Mr. Baldwin notified the Court of his new address, but he did not file an amended complaint. (#8) On July 10, 2018, the Clerk of the Court sent Mr. Baldwin a copy of the May 21, 2018 Order that set out the problems with this complaint. The Court ordered Mr. Baldwin to file an amended complaint by July 31, 2018, and specifically cautioned him that his claims could be dismissed if he failed to comply. (#9)

To date, Mr. Baldwin has not responded to the Court's July 10, 2018 Order requiring him to amend his complaint. As written, some allegations in the complaint are duplicative of those in another pending case. Other allegations are so lacking in detail that, even liberally construed, they fail to state a federal claim for relief.

## III. <u>Conclusion</u>:

The Court recommends that Mr. Baldwin's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's July 10, 2018 Order to amend his complaint.

DATED this 2nd day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE