# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BRYAN BALDWIN**                                              **PLAINTIFF**

v.                  No. 2:18-cv-73-DPM

JEREMY ANDREWS, Warden, EARU,
ADC; WENDY KELLY, Director, ADC;
and ESSIE CLAY, EARU, ADC                      **DEFENDANTS**

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Baldwin's complaint will be dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2018