# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BRYAN BALDWIN**                                                                 **PLAINTIFF**

v.                                    No. 2:18-cv-73-DPM

**JEREMY ANDREWS, Warden, EARU,**
**ADC; WENDY KELLY, Director, ADC;**
**and ESSIE CLAY, EARU, ADC**                                 **DEFENDANTS**

## JUDGMENT

The complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2018